# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0363. NAJEE SHAREEF v. MONICA JONES.**

Najee Shareef and Monica Jones divorced in 2016. In September 2020, Jones filed a petition for contempt, contending Shareef had failed to pay child support. The trial court entered an order finding Shareef in contempt. Shareef then filed this direct appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2). The underlying action – a contempt petition from a divorce decree – is a domestic relations case that requires compliance with the discretionary appeal statute. See *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Shareef failed to follow the requisite appellate procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta,  10/04/2022
      I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
      Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
_____ , Clerk.